

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Dennis Edward Rayner, Even Better Logistics, LLC., and Michelle Cora Croom, | § | No. 08-20-00145-CV |
| | § | Appeal from the |
| Appellant, | § | 146th District Court |
| v. | § | of Travis County, Texas |
| Ronnie Claxton and Sandra Claxton, | § | (TC# D-1-GN-19-000281) |
| Appellee. | § | |

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **October 23, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. James C. Marrow, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before October 23, 2020.

IT IS SO ORDERED this 22nd day of September, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez, and Palafox, JJ.